Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

July 6, 2026

***Via ECF***
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Soto v. Look Optic
26 CV 4309 (LGS)

Dear Judge Schofield:

We represent the Plaintiff in his case brought under Title III of the Americans with Disabilities Act.

An initial conference has been scheduled for July 14, 2026. However, we have not heard from either the Defendant or any attorney for the Defendant and the Defendant has been served.

Consequently, we respectfully request a postponement of the conference. This is the first request for a postponement, and it will have no impact on any other scheduled dates. We would propose August 18th or September 1st for the new date of the conference.

Thank you for your consideration of this request.

Sincerely,
*/s/ Robert Schonfeld*
Robert L. Schonfeld, Esq.

Application **GRANTED in part**. The conference scheduled for July 14, 2026, at 3:00 P.M. is **ADJOURNED** to **August 18, 2026, at 3:00 P.M.** The deadline for the parties to file a joint letter and proposed case management plan pursuant to the Order dated May 27, 2026 (Dkt. 5) is **ADJOURNED** from July 7, 2026, to **August 11, 2026**. By **July 15, 2026**, Plaintiff shall file proof of service of the Amended Complaint and a status letter regarding his efforts to contact Defendant.

Dated: July 8, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE