Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

September 4, 2026

***<u>Via ECF</u>***
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Soto v. Look Optic, Inc.**
**Case No. 1:26-cv-04309-LGS**

Consent Motion for Permanent Seal of Erroneously Filed Document

Dear Judge Schofield:

The parties respectfully submit this joint letter motion on consent of both parties pursuant to Fed. R. Civ. P. 5.2(d) to request entry of an order permanently sealing ECF Entry 18, a confidential settlement agreement that was erroneously filed on the public docket.

**Background**

Today, a settlement agreement between the parties was inadvertently filed on the public docket as ECF Entry18. The settlement agreement expressly provides that its terms are confidential and should not be publicly disclosed. The filing was made in error, and the document should have been maintained outside the Court's docket entirely.

Upon discovery of the error, counsel immediately contacted the Court's Error Correction Unit. The Error Correction Unit has temporarily sealed the document and restricted public access.

**Legal Basis for Permanent Seal**

Both parties jointly request that the Court enter an order permanently sealing ECF Entry 18 pursuant to Fed. R. Civ. P. 5.2(d). USCS Fed Rules Civ Proc R 5.2. The Federal Rules of Civil Procedure authorize the Court to order that a filing be made under seal without redaction. USCS Fed Rules Civ Proc R 5.2. The Court may later unseal the filing or order that a redacted version be filed for the public record. USCS Fed Rules Civ Proc R 5.2.

The settlement agreement contains confidential terms that the parties expressly agreed to maintain as confidential. The confidentiality provisions in the settlement agreement protect the parties' commercial interests and preserve the integrity of their negotiated resolution. Public disclosure of the settlement terms would undermine the confidentiality provisions that were central to the parties' agreement and would cause harm to both parties.

The temporary seal imposed by the Error Correction Unit should be made permanent to protect the confidential nature of the settlement agreement and prevent further public access to the document.

**Restricted Access**

The parties respectfully request that access to the sealed document be limited exclusively to the viewing parties identified in Appendix A, attached hereto. No other persons or entities should be granted access to ECF Entry 18.

**Relief Requested**

For the reasons stated above, and on consent of both parties, we respectfully request that the Court enter an order:

1. Permanently sealing ECF Entry 18 from public access;
2. Maintaining the document under seal as part of the record in this case; and

3. Limiting access to the sealed document exclusively to the viewing parties identified in Appendix A.

We are available to provide any additional information or to submit a proposed order if the Court requires. Thank you for your consideration of this joint request.

Respectfully submitted,
*/s/ Robert Schonfeld*
Robert L. Schonfeld, Esq.

Cc: Nancy Del Pizzo, Esq.

Application **GRANTED** for the reasons stated above.

The Clerk of Court is respectfully directed to keep Dkt. 18 under seal and to close the motion at Dkt. 19.

Dated: September 9, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

# APPENDIX A

**AUTHORIZED VIEWING PARTIES**

Access to the sealed document at ECF Entry 18 shall be limited exclusively to the following persons and entities:

**Counsel for Francisco Soto - PLAINTIFF**

Robert L. Schonfeld, Esq.
Joseph & Norinsberg, LLP
825 Third Avenue, Suite 2100
New York, New York 10022

**Counsel for Look Optic, Inc. – DEFENDANT**

Nancy A. Del Pizzo
Rivkin Radler
25 Main Street - Court Plaza North, Suite 501
Hackensack, New Jersey 07601